IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CAMERON RUFF, | * | |
| Plaintiff, | * | |
| v. | * | CV 124-183 |
| SHERIFF RICHARD ROUNDTREE, et al., | * | |
| Defendants. | * | |

## ORDER

This matter is before the Court in its own accord. On July 22, 2025, the Court directed the Parties to file a joint status report by September 5, 2025 updating the Court on the status of settlement after the Parties informed the Court they expected a settlement to be finalized in August 2025. (Doc. 14.) As of the date of this Order, the Parties have not filed a status report.

Accordingly, the Court **ORDERS** the Parties to file a status report within **FOURTEEN (14) DAYS** of the date of this Order. The Court further warns the Parties that continued failure to follow the Court's July 22, 2025 Order could result in sanctions, up to and including dismissal of this action. See Gratton v. Great Am. Commc'ns, 178 F.3d 1373, 1374 (11th Cir. 1999) ("[Federal Rule of Civil Procedure] 41(b) authorizes a district court to dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules." (citations omitted)).

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA