IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CAMERON RUFF,<br><br>  Plaintiff,<br><br>vs.<br><br>SHERIFF RICHARD ROUNDTREE et al.<br><br>  Defendants. | CASE NO.: 1:24-cv-183 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Cameron Ruff and Defendants Richard Roundtree, Ty Dailey, and George Edenfield, pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear his own attorney's fees and costs.

Respectfully submitted this 3rd day of November 2025.

Attorney for Plaintiff:

/s/James Taylor Anderson, III
**James Taylor Anderson, III**
Georgia Bar No. 141458
**Taylor Anderson Law Firm**
507-A Savannah Highway
Charleston, SC 29407
Phone: 843-277-1176
Facsimile: 843-589-1252
taylor@andersosnlawfirm.law

Attorney for Defendants:

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729
**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CAMERON RUFF,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF RICHARD ROUNDTREE et al.<br><br>    Defendants. | CASE NO.: 1:24-cv-183 |

## CERTIFICATE OF SERVICE

    This is to certify that the within and foregoing **Stipulation** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, or by depositing a copy in the United States Mail with adequate postage thereon to:

Tameka Haynes
Randolph Frails
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

This 3rd day of November 2025.

/s/James Taylor Anderson, III
**James Taylor Anderson, III**
Georgia Bar No. 141458

**Taylor Anderson Law Firm**
507-A Savannah Highway
Charleston, SC 29407
Phone : 843-277-1176
Facsimile : 843-589-1252
taylor@andersosnlawfirm.law